| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202<br>**Plaintiff(s)** WAYNE WILLIAMS<br>v.<br>**Defendant(s)** POLLY BACA et al. | DATE FILED: December 13, 2016 5:26 PM<br>CASE NUMBER: 2016CV34522<br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2016CV34522<br>Division: 376    Courtroom: |
| **Order** | |

After hearing, the Court rules as follows:

1. This Court has jurisdiction pursuant to §1-1-113, C.R.S.

2. Colorado presidential electors are required to vote for Hillary Clinton and Tim Kaine, pursuant to §1-4-304(5).

3. A presidential elector's failure to comply with §1-4-304(5), is a "refusal to act" as that term is used in §1-4-304(1), and causes a vacancy in the electoral college.

4. A vacancy in the electoral college shall be immediately filled by a majority vote of the presidential electors present. A quorum of presidential electors is not required to fill this vacancy.

5. The Colorado Democratic Party shall provide the presidential electors with nominations to fill any vacancy which occurs.

The Court takes under advisement the issue of how to proceed in the event of a tie in the electoral college regarding filling a vacancy. The parties have 24 hours to provide the Court with law and/or argument regarding this issue.

The Court incorporates by reference its oral ruling made from the bench on December 13, 2016.

Issue Date: 12/13/2016

ELIZABETH ANNE STARRS
District Court Judge

**EXHIBIT A**