| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: December 16, 2016<br>CASE NUMBER: 2016SA318 |
| Appeal Pursuant to C.R.S. 1-1-113<br>District Court, City and County of Denver, 2016CV34522 | |
| **Respondents-Appellants:**<br><br>Polly Baca and Robert Nemanich, in their official capacities as presidential electors, and others so similarly situated,<br><br>**v.**<br><br>**Petitioner-Appellee:**<br><br>Wayne Williams, in his official capacity as Colorado Secretary of State. | Supreme Court Case No: 2016SA318 |
| ORDER OF COURT | |

Upon consideration of the Petition For Immediate Review Under § 1-1-113, C.R.S. filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that the Supreme Court DECLINES to exercise jurisdiction.

BY THE COURT, EN BANC, December 16, 2016.
CHIEF JUSTICE RICE and JUSTICE EID do not participate.

**EXHIBIT B**