# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-01937-WYD-NYW

MICHAEL BACA,
POLLY BACA, and
ROBERT NEMANICH,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF STATE,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Motion to Dismiss of Senior Judge Wiley Y. Daniel entered on April 10, 2018, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Colorado Department of State, and against Plaintiffs, Michael Baca, Polly Baca, and Robert Nemanich, on Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  It is further

ORDERED that Plaintiffs' complaint and action are **DISMISSED WITH PREJUDICE.**

Dated at Denver, Colorado this 10th day of April, 2018.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/   Robert R. Keech
                              Robert R. Keech
                              Deputy Clerk