## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01937-NYW

MICHEAL BACA, POLLY BACA, and ROBERT NEMANICH,
    Plaintiffs

v.

COLORADO DEPARTMENT OF STATE,
    Defendant.

## NOTICE OF APPEAL

**NOTICE** is hereby given that Micheal Baca, Polly Baca, and Robert Nemanich, Plaintiffs in the above-captioned legal matter, hereby appeal to the United States Court of Appeals for the 10th Circuit from the Order on Motion to Dismiss entered April 10, 2018 and the Final Judgment entered on April 10, 2018.

Respectfully submitted this 26th day of April, 2018.

          */s/ Jason B. Wesoky*
          Jason B. Wesoky
          1331 17th St., Suite 800
          Denver, CO 80202
          Telephone: 303-623-9133
          Fax: 303-623-9129
          E-mail: jason.w@hamiltondefenders.org

          Lawrence Lessig
          Jason Harrow
          Equal Citizens
          20 Armory St.
          Brookline, MA 02446
          Telephone: 610-357-9614
          Email: lessig@this.is
                  jason@equalcitizens.us
          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 26th day of April, 2018, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed with the Court via **CM/ECF** and served upon counsel for Defendant via method indicated:

<u>*Attorneys for Defendant, Colorado Department of State:*</u>  via CM/ECF
Matthew D. Grove
LeeAnn Morrill
Grant Sullivan
Office of the Solicitor General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO  80203
Telephone: 720-508-6157
     720-508-6359
     720-508-6349
Facsimile: 720-508-6041
Email: matt.grove@coag.gov
    leeann.morrill@coag.gov
    grant.sullivan@coag.gov

             */s/ Kurt E. Krueger*
             Kurt E. Krueger, Paralegal