**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01937-DDD-NYW

MICHEAL BACA, POLLY BACA, and ROBERT NEMANICH,
     Plaintiffs,
v.

COLORADO DEPARTMENT OF STATE,
     Defendant.

---

### JOINT STATUS REPORT

     Plaintiffs Micheal Baca, Polly Baca, and Robert Nemanich, and Defendant, the Colorado Department of State, submit this Joint Status Report in response to the Court's minute order [Doc. 71] enter October 19, 2020.

     The parties have conferred regarding the issues raised in the Court's October 19, 2020 minute order. The parties believe that the U.S. Supreme Court's opinions in *Chiafalo v. Washington*, 140 S. Ct. 2316 (2020), and *Colo. Dep't of State v. Baca*, 140 S. Ct. 2316 (Mem.) (2020), resolve all issues and claims raised in the Plaintiffs' Second Amended Complaint [Doc. 38-1]. The parties therefore believe that the Court should enter final judgment for the Colorado Department of State and close the case.

Respectfully submitted this 16th day of November, 2020.

*Counsel for Defendant*

PHILIP J. WEISER
Attorney General

*s/* Grant T. Sullivan

*GRANT T. SULLIVAN*, 40151*
Assistant Solicitor General
*LEEANN MORRILL*, 38742*
First Assistant Attorney General

Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720 508-6349 / 6159
FAX:  720 508-6041
E-Mail: grant.sullivan@coag.gov;
   leeann.morrill@coag.gov
*Counsel of Record

*Counsel for Plaintiffs*

*s/* Lawrence Lessig

*Lawrence Lessig*
1563 Massachusetts Ave.
Cambridge, MA 01238
617-496-8853
lessig@this.is

*s/* Jason Wesoky

*Jason Wesoky*
1331 17th St. Suite 800
Denver, CO 80202
303-623-9133
jason.w@hamiltondefenders.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I served a true and complete copy of the foregoing **JOINT STATUS REPORT** upon all parties through ECF:

Jason Wesoky
1331 17th Street, Ste. 800
Denver, CO 80202

Lawrence Lessig
1563 Massachusetts Ave.
Cambridge, MA 01238

*Attorney for Plaintiffs*

s/ Xan Serocki